IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| RAMONA STINSON,                                )<br>                                                               )<br>         Petitioner,                                    )<br>                                                               )<br>v.                                                            )<br>                                                               )<br>MICHAEL J. ASTRUE,                          )<br>Commissioner of Social Security,          )<br>                                                               )<br>         Respondent.                                 )<br>_____) | Case No. CV 06-453-C-EJL<br><br>**REPORT AND RECOMMENDATION** |

      Currently pending before the Court is Respondent's Motion to Dismiss (Docket No. 7) seeking dismissal of this action for insufficient service of process.  Petitioner "does not object to the respondent's motion."  Response to Motion to Dismiss (Docket No. 10).  For this reason, and because it is appropriate to dismiss this action for Petitioner's failure to effect proper service within the 120 day time period provided by the Federal Rules of Civil Procedure, it is recommended that the District Court grant Respondent's Motion and dismiss this case, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m).

      Written objections to this Report and Recommendation must be filed within ten (10) days pursuant to 28 U.S.C. § 636(b)(1) and District of Idaho Local Civil Rule 72.1(b)(1) or, as a

REPORT & RECOMMENDATION - 1

result, a party may waive the right to raise factual and/or legal objections in the Ninth Circuit Court of Appeals.



DATED: **January 8, 2008**.

Honorable Larry M. Boyle
U. S. Magistrate Judge

REPORT & RECOMMENDATION - 2