IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RAMONA R. STINSON, ) | |
| ) | |
| Petitioner, ) | Case No. CV06-453-C-EJL |
| ) | |
| vs. ) | ORDER ADOPTING REPORT |
| ) | AND RECOMMENDATION |
| ) | |
| SOCIAL SECURITY ADMINISTRATION ) | |
| COMMISSIONER, ) | |
| ) | |
| Respondent. ) | |
| ) | |

On January 8, 2008, United States Magistrate Judge Larry M. Boyle issued a Report and Recommendation (Docket No. 13) recommending the District Court enter an order dismissing this case, without prejudice, based upon Petitioner's failure to effect proper service.

Pursuant to 28 U.S.C. § 636(b)(1), the parties had ten (10) days in which to file written objections to the Report and Recommendation, however neither party has objected to the recommendation made by Judge Boyle. Exercising de novo review of the matter, this Court may accept, reject or modify, in whole or in part, the findings and recommendations made by the magistrate judge. Id.

Because this Court finds the Report and Recommendation of Judge Boyle to be well founded in law and supported by the record, the Court hereby accepts in their entirety, and adopts as its own, the findings made by Judge Boyle. Acting on the recommendation of Judge Boyle, and this Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Docket No.13) entered by Judge Boyle should be, and is hereby, **INCORPORATED** by reference and **ADOPTED** in its entirety.

ORDER - Page 1
08ORDERS\STINSON_rnr.WPD

**IT IS FURTHER ORDERED** that this case shall be dismissed, without prejudice, pursuant to Federal Rules of Civil Procedure 4 (m).

DATED: **February 1, 2008**

Honorable Edward J. Lodge
U. S. District Judge